# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTAL ROBINSON, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | C.A. No. 1:20-cv-00663-RGA |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Crystal Robinson, Richard Schellhammer, Joseph Palopoli, Jr., Gladys Tubbs, Tonya Gruchacz, Katrina Howard, Sheila Cauthen, Gini Michelle Cox, and David Conroe ("Plaintiffs") and Defendant General Motors LLC hereby stipulate to the dismissal of all Plaintiffs' individual claims with prejudice, and without prejudice as to the claims on behalf of the proposed class, with each party to bear its own costs, interests, and attorneys' fees.[1]

---

[1] Because "Plaintiffs have decided to settle their claims on an individual basis, Rule 23(e)" (regarding court approval of certified class action settlements) "is not implicated." *Winters v. Elec. Merch. Sys.*, No. CV 17-12003 (CCC), 2019 WL 2928879, at *4 n.1 (D.N.J. July 8, 2019). Instead, "when no class has been certified, voluntary dismissal of a putative class action is governed not by Rule 23 but by Rule 41." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1082-83 (8th Cir. 2017) (collecting cases).

DATED: July 17, 2023

| | |
|---|---|
| */s/ Kelly A. Green* | */s/ John A. Sensing* |
| Kelly A. Green (No. 4095) | Kathleen Furey McDonough (No. 2395) |
| **SMITH KATZENSTEIN & JENKINS LLP** | John A. Sensing (No. 5232) |
| 1000 N. West Street, Suite 1501 | **POTTER ANDERSON & CORROON LLP** |
| P.O. Box 410 | 1313 North Market Street, Sixth Floor |
| Wilmington, DE 19899 (Courier 19801) | Wilmington, DE 19801 |
| KAG@skjlaw.com | (302) 984-6000 – Telephone |
| 302.652.8400 | kmcdonough@potteranderson.com |
| | jsensing@potteranderson.com |
| Russell D. Paul (Bar No. 4647) | |
| Amey J. Park (*pro hac vice*) | Allyson M. McKinstry |
| **BERGER MONTAGUE PC** | **CROWELL & MORING LLP** |
| 1818 Market Street, Suite 3600 | 590 Madison Avenue, 20th Floor |
| Philadelphia, PA 19103 | New York, NY 10022 |
| Tel.:   (215) 875-3000 | Telephone: 212.223.4000 |
| Fax:   (215) 875-4604 | amckinstry@crowell.com |
| rpaul@bm.net | |
| apark@bm.net | Andrew Holmer |
| | **CROWELL & MORING LLP** |
| **CAPSTONE LAW APC** | 515 South Flower Street, 40th Floor |
| Tarek H. Zohdy (admitted *pro hac vice*) | Los Angeles, CA 90071 |
| Cody R. Padgett (admitted *pro hac vice*) | Telephone: 213.622.4750 |
| Laura E. Goolsby (admitted *pro hac vice*) | AHolmer@crowell.com |
| 1875 Century Park East, Suite 1000 | |
| Los Angeles, California 90067 | *Counsel for Defendant General Motors LLC* |
| Tel.: (310) 556-4811 | |
| Fax: (310) 943-0396 | |
| Tarek.Zohdy@capstonelawyers.com | |
| Cody.Padgett@capstonelawyers.com | |
| Laura.Goolsby@capstonelawyers.com | |

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
Gayle M. Blatt (admitted *pro hac vice*)
gmb@cglaw.com
P. Camille Guerra (admitted *pro hac vice*)
camille@cglaw.com
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

**MOON LAW APC**

Christopher D. Moon (admitted *pro hac vice*)
chris@moonlawapc.com
Kevin O. Moon (admitted *pro hac vice*)
kevin@moonlawapc.com
600 West Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 915-9432
Facsimile: (650) 618-0478

**POULOS LOPICCOLO PC**
Joseph LoPiccolo (*pro hac vice* forthcoming)
John N. Poulos (*pro hac vice* forthcoming)
1305 South Roller Road
Ocean, NJ 07712
732-757-0165
lopiccolo@pllawfirm.com
poulos@pllawfirm.com

**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Bruce D. Greenberg (admitted *pro hac vice*)
570 Broad Street, Suite 1201
Newark, New Jersey 07102
973-623-3000
bgreenberg@litedepalma.com

**KANTROWITZ GOLDHAMER & GRAIFMAN, P.C**.
Gary S. Graifman (admitted *pro hac vice*)
Melissa R. Emert (admitted *pro hac vice*)
135 Chestnut Ridge Road
Montvale, NJ 07645Tel: (845) 356-2570
Fax: (845) 356-4335
ggraifman@kgglaw.com
memert@kgglaw.com

**LEVI & KORSINSKY, LLP**
Courtney Maccarone (admitted *pro hac vice)*
cmaccarone@zlk.com
Mark   Reich   (*pro   hac   vice   forthcoming*)
mreich@zlk.com
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171

STULL, STULL & BRODY
Aaron L. Brody
abrody@ssbla.com
6 E 45th St #5
New York, NY 10017
Telephone: (212) 687-7230

*Counsel for Plaintiffs and the Proposed Classes*

SO ORDERED this ____18th_____ day of _____July_____, 2023.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE